# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOPEZ, JR., <br><br>　　　　　　Petitioner, <br>vs. <br><br>J. GASTELO, Warden, et al., <br><br>　　　　　　Defendants. | CASE NO. 16cv735-LAB (WVG) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　California state prisoner John Lopez filed a habeas petition 14 years too late. The magistrate judge issued a report recommending that the Court dismiss Lopez's petition with prejudice. The judge ordered the parties to file any objections by December 19, 2016. The Court granted Lopez three extensions. Nonetheless, he failed to file any objections by February 28, 2017. The Court finds the report correct and adopts it. Fed. R. Civ. P. 72; 28 U.S.C. § 636. Lopez's petition is **dismissed with prejudice**.

　　IT IS SO ORDERED.

DATED:  3-6-17

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

16cv735